# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIRSHA BROWN-YOUNGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:11-cv-00505-GMN-LRL |
| v. ) | |
| ) | **O R D E R** |
| DEPARTMENT OF WELFARE, ) | |
| ) | |
| Defendant. ) | |

Plaintiff has submitted an Application to Proceed *In Forma Pauperis* and a Complaint (#1). The court finds that plaintiff is unable to prepay the filing fee. Further, although the court will dismiss the Complaint, it will do so without prejudice to allow plaintiff to cure the deficiencies listed below.

**I.**     ***In Forma Pauperis* Application**

Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that she is unable to prepay fees and costs or give security for them. Accordingly, her request to proceed *in forma pauperis* will be granted pursuant to § 1915(a).

**II.**     **Screening the Complaint**

Upon granting a request to proceed *in forma pauperis*, a court must additionally screen a complaint pursuant to § 1915(e). Specifically, federal courts are given the authority to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. § 1915(e)(2). "To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." *Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009) (internal quotations and citation omitted).

1  In considering whether the plaintiff has stated a claim upon which relief can be granted, all
2  material allegations in the complaint are accepted as true and are to be construed in the light most
3  favorable to the plaintiff. *Russel v. Landrieu*, 621 f.2d 1037, 1039 (9th Cir. 1980). Allegations of a pro
4  se complaint are held to less stringent standards than formal pleading drafted by lawyers. *Haines v.*
5  *Kerner*, 404 U.S. 519, 520 (1972) (per curiam). When a court dismisses a complaint under § 1915(e),
6  the plaintiff should be given leave to amend the complaint with directions as to curing its deficiencies,
7  unless it is clear from the face of the complaint that the deficiencies could not be cured by amendment.
8  *See Cato v. United States*, 70 F.3d 1103, 1106 (9th Cir. 1995) (citation omitted).

### III.  Instant Complaint

10  Plaintiff has filed a Complaint against the "Department of Welfare" using the court's form to
11  file § 1983 actions. She seeks relief in the amount of $25,000. However, she sets forth no causes of
12  action in the Complaint and therefore asserts no civil rights violations. As the "Nature of the Case," she
13  writes that she received a visit from two investigators from the Department of Welfare, State of Nevada,
14  but that she was not notified of the visits by mail or phone. She further alleges, "these people accused
15  me of fraud food stamp because I am on social security." Complaint (#1-1) at 3. Plaintiff's
16  dissatisfaction with the investigators' un-noticed visit and their alleged accusations do not amount to
17  a civil rights violation. Additionally, plaintiff does not provide the names of any defendants where
18  required on the court's complaint form ("A. Jurisdiction"). Hence, her Complaint must be dismissed
19  for failure to state a claim upon which relief may be granted. Plaintiff will, however, be afforded an
20  opportunity to amend the Complaint.

21  Accordingly, and for good cause shown,

22  IT IS ORDERED that plaintiff's Application to Proceed *In Forma Pauperis* (#1) is GRANTED.

23  IT IS FURTHER ORDERED that plaintiff is permitted to maintain the action to conclusion
24  without necessity of prepayment of any additional fees, costs, or security. This Order granting *forma*
25  *pauperis* status shall not extend to the issuance of subpoenas at government expense.

26  IT IS FURTHER ORDERED that the Clerk of Court shall file the complaint.

1    IT IS FURTHER ORDERED that the Complaint will be dismissed without prejudice.

2    IT IS FURTHER ORDERED that plaintiff shall file an amended complaint by <u>July 7, 2011</u> or
3 her case will be dismissed with prejudice.

4    DATED this 7th day of June, 2011.

*[signature]*

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**