UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| KIRSHA BROWN-YOUNGER, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-00505-GMN-CWH |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DEPARTMENT OF WELFARE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on Plaintiff's Motion to Compel (#16), filed May 20, 2011; Plaintiff's Motion for Service of Process of Complaint and Summons (#17), filed May 26, 2011; Plaintiff's Motion to Compel Compliance (#19), filed June 6, 2011; Plaintiff's Motion for Sanctions re Discovery (#20), filed June 6, 2011; and Plaintiff's Motion for Pro Se Litigant to File Electronically (#29), filed July 25, 2011.

On July 22, 2011, United States Magistrate Judge Lawrence R. Leavitt recommended that this case be dismissed with prejudice. *See* Report and Recommendation (#27). The deadline for objections to the recommendation, August 8, 2011, has passed and no objections have been filed. As such, the Court finds that each of the aforementioned motions should be denied without prejudice pending review of the recommendation. If the case is permitted to proceed, then Plaintiff may refile her motions. Accordingly,

**IT IS HEREBY ORDERED** that the following motions are **denied without prejudice**:

1. Plaintiff's Motion to Compel (#16);

2. Plaintiff's Motion for Service of Process of Complaint and Summons (#17);

3. Plaintiff's Motion to Compel Compliance (#19);

4. Plaintiff's Motion for Sanctions re Discovery (#20); and

5. Plaintiff's Motion for Pro Se Litigant to File Electronically (#29)

1  If after review of the Report and Recommendation (#27) the case is allowed to proceed, Plaintiff
2  may refile her motions.
3      DATED this 14th day of September, 2011.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge