# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIRSHA BROWN-YOUNGER, | Case No.: 2:11-cv-00505-GMN-LRL |
| Plaintiff, | |
| vs. | **ORDER** |
| DEPARTMENT OF WELFARE, | |
| Defendant. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 27) of the Honorable Lawrence R. Leavitt, United States Magistrate Judge, entered July 22, 2011. No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Leavitt's Recommendation should be **AFFIRMED**.

**IT IS THEREFORE ORDERED** that Magistrate Judge Leavitt's Recommendation is hereby **AFFIRMED,** and Plaintiff's Amended Complaint is hereby **DISMISSED, with prejudice** and **the Clerk of the Court shall forthwith close this case**.

**IT IS FURTHER ORDERED** that all pending motions (**ECF Nos. 6 and 8**) in this case are hereby **DENIED as moot**.

DATED this 15th day of September, 2011.

_____
Gloria M. Navarro
United States District Judge